UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

Yanara Yanes,
    Debtor.

CASE NO.: 17-13242-LMI
CHAPTER: 7

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## REAL PROPERTY

*Subject Property 617 S.E. 4th Place, Hialeah, Florida 33010*

Bank of America, N.A. ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor having an address of *617 S.E. 4th Place, Hialeah, Florida 33010* (the "Property"). The facts and circumstances supporting this Motion are set forth in the (i) Affidavit in Support of Motion for Relief from Automatic Stay attached hereto as **Exhibit E** (the "Affidavit") and (ii) the "Indebtedness Worksheet" attached hereto as **Exhibit F** (the "Indebtedness Worksheet"). In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor on March 17, 2017.

2. Upon information and belief, the Property has not been claimed exempt by the Debtor. Upon information and belief, the Property has not been abandoned by the Trustee.

3. The Debtor has executed and delivered or is otherwise obligated with respect to that certain promissory note, dated March 22, 2007, in the original principal amount of $375,000.00 (the "Note"). A true and correct copy of the Note is attached hereto as **Exhibit A**. The Movant is an entity entitled to enforce the Note.

4. Pursuant to that certain Mortgage dated March 22, 2007 (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor, Yanara Yanes and Rosa I. Armenteros ("Co-Mortgagor") under and with respect to the Note and the Mortgage are secured by the Property. A true and correct copy of the Mortgage is attached hereto as **Exhibit B**.

5. All rights and remedies under the Mortgage have been assigned to the Movant pursuant to that certain Assignment of Mortgage, a true and correct copy of which is attached hereto as **Exhibit C**.

6. Note and Mortgage were modified pursuant to Loan Modification Agreement dated May 16, 2014, a true and correct copy of which is attached hereto as **Exhibit D**.

7. The legal description of the Property is set forth in the Mortgage, a copy of which is attached hereto, and such description is incorporated and made a part hereof by reference.

8. The post-petition payment address is: Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933.

9. The total prepetition indebtedness of the Debtor, as more fully detailed and reflected on the Indebtedness Worksheet, is $223,181.26.

10. The total outstanding amount of the Obligations as of March 27, 2017 is $604,925.20.

11. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $750.00 in legal fees and $181.00 in costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

12. The estimated market value of the Property is $175,860.00. The basis for such valuation is Miami-Dade County Property Appraiser printout which is attached hereto as **Exhibit G**.

13. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $567,118.00.

14. Cause exists for relief from the automatic stay for the following reasons:

   (a) Movant's interest in the Property is not adequately protected.

   (b) Pursuant to 11 U.S.C. § 362(d)(2)(A), the Debtor has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant, prays that this Court issue as Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived, during which period Debtor may have minimal motivation to insure, preserve or protect the Property.

4. For other relief as the Court deems proper.

I HEREBY CERTIFY that a true and correct copy of the Motion For Relief From Automatic Stay and Affidavit in support of Motion for Relief and exhibits were delivered by First Class U.S Mail postage pre-paid and/or electronic mail this 15th day of May, 2017.

Frenkel Lambert Weiss Weisman & Gordon, LLP

*Kenia Molina*

Kenia Molina, Esq. Attorney for Movant
Bar No. 85156
One East Broward Boulevard, Suite 1430
Ft. Lauderdale, FL 33301
Tel: (954) 522-3233 | Fax: (954) 200-7770
Email: Kmolina@flwlaw.com

**MAILING LIST**

Attorney for Debtor
Robert Sanchez, Esq.
355 West 49th Street
Hialeah, FL 33012

Debtor
Yanara Yanes
617 S.E. 4th Place
Hialeah, FL 33010-5431

Trustee
Robert A. Angueira
16 S.W. 1st Avenue
Miami, FL 33130

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130