**ORDERED in the Southern District of Florida on June 7, 2017.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

Yanara Yanes,
Debtor.

CASE NO.: 17-13242-LMI
CHAPTER: 7

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

THIS CASE came before the Court on June 5, 2017 upon the Motion for Relief from Automatic Stay (Docket #16) filed by Bank of America, N.A. The Court being otherwise more fully advised in the premises, the Court having reviewed the file and based on the record, it is:

ORDERED AND ADJUDGED as follows:

1. The Motion is Granted.

2. The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to the real property located at 617 S.E. 4th Place, Hialeah, FL 33010 (The "Property") which is legally described as:

**LOTS 29 & 30 IN BLOCK 16 OF HIALEAH PARK, A SUBDIVISION ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 10 AT PAGE 22 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

3. Accordingly, the automatic stay is modified to permit Movant, its Successors and/or Assigns to commence and/or prosecute a mortgage foreclosure action in state court against the Property.

4. The Movant may seek reimbursement of the fees in state court if allowed and authorized by the mortgage documents.

5. This Order is entered for the sole purpose of allowing Movant, its Successors and/or Assigns to pursue its lawful *in rem* remedies as to the Property and Movant shall not seek or obtain an *in personam* judgment against the Debtor.

6. Bank of America, N.A. is permitted to offer the Debtor information regarding potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation agreement and may enter into such agreement with the Debtor without violating any Discharge Order. However, Bank of America, N.A. may not enforce any personal liability against the Debtor if Debtor's personal liability is discharged in this bankruptcy case.

###

Prepared by: FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
ATTN: Kenia Molina, Esq.
One East Broward Boulevard, Suite 1430
Ft. Lauderdale, FL 33301

Kenia Molina, Esq., is directed to furnish a conformed copy of this Order immediately upon receipt of same and file certificate of service with the Court.